765 A.2d 1063

IN THE MATTER OF GENE PIERO BELARDI,
AN ATTORNEY AT LAW.

February 2, 2001.

## O R D E R

**GENE PIERO BELARDI** of **STERLING, VIRGINIA,** who was admitted to the bar of this State in 1976, having pleaded guilty to a federal Information charging him with knowingly and willfully making false statements to the Federal Communications Commission, in violation of 18 *U.S.C.A.* 1001, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **GENE PIERO BELARDI** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **GENE PIERO BELARDI** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **GENE PIERO BELARDI** comply with *Rule* 1:20–20 dealing with suspended attorneys.